UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELIZABETH RAFFATH SILLARS, an individual,

Plaintiff,

vs.

STATE OF NEVADA, ex rel., ITS DEPARTMENT OF EMPLOYMENT, TRAINING AND REHABILITATION, EMPLOYMENT SECURITY DIVISION, KATHY FOX, an individual, PATSY CAVE, an individual, MARISOL GUZMAN, an individual, RUTH EDSEL, an individual, SHIRLEY CAPISTRANT, an individual,

Defendants.

Case No.   3:07-CV-00041-LRH-RAM

STIPULATION AND ORDER TO EXTEND DATE TO FILE DISPOSITIVE MOTIONS

Plaintiff Elizabeth Raffath Sillars and Defendants State of Nevada, ex rel., ITS Department of Employment, Training and Rehabilitation, Employment Security Division, and individuals Kathy Fox, Patsy Cave, Ruth Edsel, and Shirley Capistrant hereby stipulate that the last day to file dispositive motions may be extended from February 25, 2008, to March 28, 2008.

This stipulation has been entered to facilitate discussions between the parties and is not interposed for purposes of delay.

CUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
5585 Kietzke Lane
Reno, Nevada 89511

428091_1 13901.2

Page 1 of 2

DATED this 22 day of February, 2008.

KUMMER KAEMPFER BONNER RENSHAW & FERRARIO

By: _____
J. THOMAS SUSICH, ESQ.
Nevada Bar No. 898
5585 Kietzke Lane
Reno, NV 89511
(775) 884-8303
**Attorney for Defendants**

DATED this 23 day of February, 2008.

LAW OFFICE OF JEFFREY A. DICKERSON

By: _____
JEFFREY A. DICKERSON, ESQ.
Nevada Bar No. 2690
9655 Gateway Drive, Ste. B
Reno, Nevada 89521
(775) 786-6664
**Attorney for Plaintiff**

## ORDER

The Court having considered the parties Stipulation to Extend the Date for Filing Dispositive Motions, and good cause appearing,

**IT IS SO ORDERED** that the deadline for filing dispositive motions is extended to March 28, 2008.

DATED this 26th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE