1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ELIZABETH RAFFATH SILLARS,
an individual,

    Plaintiff,

vs.

STATE OF NEVADA, ex rel., ITS DEPARTMENT
OF EMPLOYMENT, REHABILITATION, AND
TRAINING, EMPLOYMENT SECURITY
DIVISION, KATHY FOX, an individual,
PATSY CAVE, an individual, MARISOL
GUZMAN, an individual, RUTH EDSEL,
an individual, SHIRLEY CAPISTRANT,
an individual,

    Defendants.
_____/

CASE NO. 3:06-cv-00041-LRH-RAM

STIPULATION AND ORDER FOR
ENLARGEMENT OF TIME TO SERVE
AND FILE OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
(FIRST REQUEST)

The parties through their undersigned counsel of record hereby stipulate and agree that

Plaintiff may and should have an enlargement of time of fourteen days from the current due

date of April 14, 2008 to and including April 28, 2008 in which to serve and file her points and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

JAD/sh/sillars/enlarge-msjopp-stip

1

1 | authorities in opposition to Defendants' motion for summary judgment.

2 | DATED  4/14/08                          DATED 5/14/08

3 | LAW OFFICE OF                           KUMMER KAEMPFER BONNER RENSHAW
    JEFFREY A. DICKERSON                     & FERRARIO

4 |

5 | JEFFREY A. DICKERSON                    J. THOMAS SUSICH
    Counsel for Plaintiff                    Counsel for Defendants

6 |

7 |                              ORDER

8 |        IT IS SO ORDERED this  15th day of April, 2008.

9 |

10 |

11 |

12 |                                    _____

13 |                                    LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

JAD/sh/sillars/enlarge-msjopp-stip                    2

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664