UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ELIZABETH RAFFATH SILLARS, an individual,

    Plaintiff,

vs.

STATE OF NEVADA, ex rel., ITS DEPARTMENT OF EMPLOYMENT, REHABILITATION, AND TRAINING, EMPLOYMENT SECURITY DIVISION, KATHY FOX, an individual, PATSY CAVE, an individual, MARISOL GUZMAN, an individual, RUTH EDSEL, an individual, SHIRLEY CAPISTRANT, an individual,

    Defendants.

CASE NO. 3:07-cv-041-LRH-RAM

STIPULATION AND ORDER FOR ENLARGEMENT OF TIME TO SERVE AND FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)

The parties through their undersigned counsel of record hereby stipulate and agree that Plaintiff may and should have an enlargement of time of four days from the current due date of April 28, 2008, and including May 2, 2008, in which to serve and file her points and

///
///
///
///
///
///
///

JAD/sh/sillars/enlarge-msjopp-stip            1

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

authorities in opposition to Defendants' motion for summary judgment.

DATED 4/28/08
LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED 4/28/08
KUMMER KAEMPFER BONNER RENSHAW
& FERRARIO

_____
J. THOMAS SUSICH
Counsel for Defendants

## ORDER

IT IS SO ORDERED nunc pro tunc this 30th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE